No. 86–5291.  ARABI ET AL. *v.* PENNSYLVANIA ET AL.  Sup. Ct. Pa.  Certiorari denied.  JUSTICE BRENNAN would grant certiorari.

No. 71–288.  LAIRD, FORMER SECRETARY OF DEFENSE, ET AL. *v.* TATUM ET AL., 408 U. S. 1 and 409 U. S. 901.  Motion for leave to file second petition for rehearing denied.

OCTOBER 20, 1986

No. 85–7068.  BARNES *v.* DEPARTMENT OF REVENUE, DIVISION OF MOTOR VEHICLES.  Appeal from Sup. Ct. Kan. dismissed for want of substantial federal question.  JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 86–306.  GREEN ET UX. *v.* DEPARTMENT OF HUMAN SERVICES OF WEST VIRGINIA.  Appeal from Cir. Ct. W. Va., Jefferson County, dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–195.  MIKUTAITIS *v.* UNITED STATES ET AL.  C. A. 7th Cir.  Application for stay, presented to JUSTICE STEVENS, and by him referred to the Court, denied.  The stay heretofore entered by JUSTICE STEVENS [478 U. S. 1306] is vacated.

No. A–296.  WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* DARDEN.  Application of the Attorney General of Florida for an order to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit, presented to JUSTICE POWELL, and by him referred to the Court, denied.